# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20750

D.C. Docket No. 4:15-CV-1920

United States Court of Appeals
Fifth Circuit

**FILED**
June 21, 2017

United States District Court
Southern District of Texas
FILED
AUG 7 2017

David J. Bradley, Clerk of Court

KIMBERLY D. HENDRIX,

    Plaintiff - Appellant

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA; WAL-MART STORES, INCORPORATED; ASSOCIATES' HEALTH AND WELFARE PLAN,

    Defendants - Appellees

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before REAVLEY, HAYNES, and COSTA, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Aug 07, 2017

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 07, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 16-20750   Kimberly Hendrix v. Wal-Mart Stores,
                              Incorporated, et al
                              USDC No. 4:15-CV-1920

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Christina A. Gardner, Deputy Clerk
                                       504-310-7684

cc w/encl:
    Mr. Brantly Harris
    Mr. John Gordon Howard
    Mr. Ian Hugh Morrison I
    Mr. John Morris Russell Jr.